COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Rita Lemons v. Betty J. Garmond, Mamie Bright, Justin Thomas, and Jaqueline R. Woodward

Appellate case number:   01-15-00570-CV

Trial court case number:  14-DCV-213789

Trial court:             240th District Court of Fort Bend County

This case involves an appeal from a final "Order Granting Defendant's Motion to Dismiss Baseless Causes of Action and Motion for a No-Evidence Summary Judgment" signed on June 11, 2015. Proceeding *pro se*, appellant, Rita Lemons, filed her notice of appeal on June 23, 2015. *See* TEX. R. APP. P. 25.1, 26.1. The clerk's record was filed on July 2, 2015. A reporter's record has not been filed. On September 25, 2015, the Clerk of this Court received Lemons's Brief of Appellant.

On October 2, 2015, the Clerk of this Court notified Lemons that the court reporter responsible for preparing the record in this appeal had informed the Court that Lemons had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified Lemons that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 2, 2015, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Lemons has not provided the requested information nor has a reporter's record been filed. **Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision.** *See id.*

Lemons has filed a motion to strike in which she asks the Clerk to remove her brief received on September 25, 2015. Because Lemons submitted her Brief of Appellant before the Clerk issued the notice regarding the reporter's record, the Clerk received but did not file the brief. Moreover, Lemon's Brief of Appellant does not comply with the requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. **We dismiss Lemons's motion to strike as moot.**

**Lemons is ORDERED to file her appellant's brief complying with the applicable Texas Rules of Appellate Procedure, including rule 38.1, within 30 days of the date of this order**. *See* TEX. R. APP. P. 38.1, 38.6(a).

It is so ORDERED.


Judge's signature: /s/ <u>Terry Jennings</u>
                ☑ Acting individually     ☐ Acting for the Court

Date: December 8, 2015